**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01247-CV

### IN THE INTEREST OF R.M.R., III, A MINOR CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00287-2015**

## ORDER

We **GRANT** appellant's March 3, 2015 unopposed second motion for extension of time to file brief and **ORDER** the brief be filed no later than March 23, 2015.  No further extensions will be granted absent exigent circumstances.

/s/  CRAIG STODDART
    JUSTICE